**Order entered March 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00912-CR

**DARIN RAMONE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-58074-H**

## ORDER

Appellant's March 21, 2014 motion for extension of time to file appellant's motion to withdraw and brief in support is **GRANTED**. Appellant's brief received by the Clerk of the Court on March 21, 2014 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/  LANA MYERS
   JUSTICE